AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Lance Michael Ligocki<br><br>*Defendant* | ) Case: 1:24-mj-00092<br>) Assigned To : Judge Robin M. Meriweather<br>) Assign. Date : 3/6/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Lance Michael Ligocki__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1), (a)(2), and (a)(4)- Entering and Remaining; Disorderly and Disruptive Conduct; and, Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D), and (e)(2)(F), Disorderly Conduct and Acts of Physical Violence in the Capitol Grounds or Buildings.

Date: __03/06/2024__                                         *Issuing officer's signature*
                                                             2024.03.06 18:00:24 -05'00'

City and state:   __Washington, D.C.__                       __Robin M. Meriweather, U.S. Magistrate Judge__
                                                             *Printed name and title*

---

### Return

This warrant was received on *(date)* __03/06/2024__, and the person was arrested on *(date)* __03/07/2024__
at *(city and state)* __Champaign, Illinois__.

Date: __03/07/2024__                                         *Arresting officer's signature*

                                                             __Andrew M. Huckstadt, Special Agent, FBI__
                                                             *Printed name and title*